NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STATE OF FLORIDA,                    )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D18-1485
                                     )
ELVIN RAUL CINTRON, DOC #Y46915,     )
                                     )
          Appellee.                  )
_____    )

Opinion filed September 25, 2019.

Appeal from the Circuit Court for Lee
County; Joseph C. Fuller, Jr., Judge.

Ashley Moody, Attorney General,
Tallahassee, and Elba Caridad Martin,
Assistant Attorney General, Tampa, for
Appellant.

Howard L. Dimmig, II, Public Defender,
and Tosha Cohen, Assistant Public
Defender, Bartow, for Appellee.

PER CURIAM.

          Affirmed.

SLEET, SALARIO, and BADALAMENTI, JJ., Concur.